ROCKWELL, KELLY & DUARTE, LLP
By:  Jeffrey R. Duarte
State Bar No 186190
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE CLEARY, ) | Case No.:  2:15-cv-02344-EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant ) | |

        IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

Court, to extend the time by 30 days, to May 7, 2016, for plaintiff's motion for

summary judgment and/or remand.

        The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly

///

///

///

///

1        Plaintiff's attorney is attending a California Applicants Attorneys Association seminar

2    from April 1 to April 10, 2016, and needs additional time to further review the file and prepare

3    the motion.

4                                              Respectfully submitted,

5    Dated:  March 16, 2016                    By:  /s/ Jeffrey R. Duarte
                                               Jeffrey R. Duarte
6                                              Attorney for Plaintiff

7    Dated:  March 16, 2016                    Benjamin Wagner
                                               United States Attorney
8
                                               By: /s/ Carolyn B. Chen
9                                              (As authorized via email)
                                               Carolyn B. Chen
10                                             Attorney for Defendant

11

12   **IT IS SO ORDERED.**

13   Dated   March 16, 2016.

14                                             _____
                                               HONORABLE EDMUND F. BRENNAN
15                                             UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25